IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| K CAIN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-1603 |
| | § | |
| SUSAN COMBS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation acknowledging that the defendants' motion to dismiss is valid, (Docket Entry No. 15), this suit is dismissed.

SIGNED on August 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge